136 P.3d 289–290

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

## June 7, 2006

| 27302 | E.D., In re | Affirmed |
| 27324 | State v. Russell | Reversed and Remanded with Instructions |

## June 8, 2006

| 27454 | State v. Toler | Affirmed |
| 26039, 26294 | Wood v. Chandler | Reversed |

## June 9, 2006

| 26424 | State v. Thompson | Affirmed |

## June 13, 2006

| 25692 | Figueroa v. Oahu Transit Services, Inc. | Affirmed |

## June 14, 2006

| 27288 | State v. Cordy | Affirmed |

## June 15, 2006

| 27202 | State v. Ruggiero | Affirmed |
| 26169 | Wells Fargo Bank Minnesota, N.A. v. Hayworth | Affirmed |

## June 16, 2006

| 27104 | Department of Human Services v. Hong | Reversed |

## June 22, 2006

| 27446 | State v. Nunez | Affirmed |

## June 23, 2006

| 27262 | Yamaguchi v. Yamaguchi | Vacated and Remanded |

## June 26, 2006